**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, LLC,<br>Plaintiff,<br><br>v.<br><br>SEAN WHALEN and<br>YINGYIN IRIS CHEN<br>Defendants. | CIV. A. NO: 19-cv-06181-JS |
| SEAN WHALEN,<br>YINGYIN IRIS CHEN and<br>FLEXOGENIX GROUP, INC., individually and on behalf of all those similarly situated,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>GEMJ CHEHEBAR GRAT, LLC, JOSEF CHEHEBAR, and ISAAC SHEHEBAR,<br><br>Counterclaim Defendants. | |

# PRAECIPE

TO: COURT CLERK
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**PLEASE ISSUE SUMMONS** to Counterclaim Defendant, Josef Chehebar:

2009 East 3rd Street
Brooklyn, NY 11223-2946

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: ______________________________

Shane R. Heskin
One Liberty Place, Suite 1800
1650 Market Street
Philadelphia, PA 19103
Phone: (215) 864-6329
heskins@whiteandwilliams.com
Attorneys for Defendants and
Counterclaim Plaintiff's Sean Whalen
Yingyin Iris Chen and
Flexogenix Group, Inc.

Dated : August 12, 2024